# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUET F. WONG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.: 2:22-cv-00853-CDS-NJK<br><br>**ORDER** |

Pending before the Court is Defendant Bank of America, N.A.;'s motion for an extension of time to respond to the complaint. Docket No. 5. Plaintiff's response must be filed no later than June 10, 2022. Any reply must be filed no later than June 15, 2022.

IT IS SO ORDERED.

Dated: June 3, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge