# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SUET F. WONG,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, et al.,<br><br>    Defendants. | Case No.: 2:22-cv-00853-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 5] |

Pending before the Court is Defendant Bank of America, N.A.'s motion for an extension of time to respond to the complaint. Docket No. 5. On June 3, 2022, the Court ordered Plaintiff to respond no later than June 10, 2022. Docket No. 8. No response was filed. *See* Docket. Pursuant to the Court's Local Rules, "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." LR 7-2(d). Accordingly, the Court **GRANTS** Defendant Bank of America, N.A.'s motion. Docket No. 5. The deadline for Defendant to file its responsive pleading to Plaintiff's complaint is hereby **EXTENDED** to July 5, 2022.

IT IS SO ORDERED.

Dated: June 13, 2022

                                                             Nancy J. Koppe
                                                            United States Magistrate Judge